AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Thomas Gearing and Daniel Gearing
                         Plaintiff (s),

V.

City of Half Moon Bay
                         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-cv-01802-EMC

Notice is hereby given that, subject to approval by the court, __Thomas J. Gearing__ substitutes
(Party (s) Name)

__Thomas Jerome Gearing__ , State Bar No. __121473__ as counsel of record in place
(Name of New Attorney)

place of __Brian Manning and Kristen Renfro__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      Thomas Jerome Gearing
     Address:      12445 Woodhall Way, Tustin, CA 92782-1149
     Telephone:      310.497.8556      Facsimile
     E-Mail (Optional):      Thomasgearing@aol.com

I consent to the above substitution.
Date: 5/17/23

Thomas Gearing (Signature of Party (s))

I consent to being substituted.
Date: 5/10/2023

Brian Manning/Kristen Renfro (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/17/23

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2023

Edward M. Chen      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Case 3:21-cv-01802-EMC   Document 52   Filed 06/06/23   Page 2 of 2

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

Thomas Gearing and Daniel Gearing  
        Plaintiff(s),

v.

City of Half Moon Bay  
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-cv-01802-EMC

Notice is hereby given that, subject to approval by the court, **Daniel Gearing** (Party(s) Name) substitutes **Thomas Jerome Gearing** (Name of New Attorney), State Bar No. **121473**, as counsel of record in place of **Brian Manning and Kristen Renfro** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Thomas Jerome Gearing  
Address: 12445 Woodhall Way, Tustin, CA 92782-1149  
Telephone: 310.497.8556     Facsimile:  
E-Mail (Optional): Thomasgearing@aol.com

I consent to the above substitution.  
Date: 5/13/2023  
        Daniel Gearing (Signature of Party(s))

I consent to being substituted.  
Date: 5/10/2023  
        Brian Manning/Kristen Renfro (Signature of Former Attorney(s))

I consent to the above substitution.  
Date: 5/17/23  
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2023  
        Edward M. Chen     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]